UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DUSTIN M. HOVERMALE,

    Plaintiff,

       v.

ILLINOIS DEPARTMENT OF
HUMAN SERVICES, *et al.*,

    Defendants.

Case No. 14-cv-00969-JPG-DGW

## MEMORANDUM AND ORDER

    This matter comes before the Court on its own Order (Doc. 33) which granted Plaintiff leave to file a Second Amended Complaint on or before June 22, 2015. Plaintiff was warned that failure to timely file the amended complaint may result in dismissal of this matter.

    Plaintiff has failed to file an amended complaint. Instead, Plaintiff electronically sent numerous documents to chambers – none of which is a proper amended complaint in compliance with Federal Rule of Civil Procedure 8 and Local Rule 15.1.

    The Court understands that the Plaintiff is proceeding *pro se* in this matter; however, he has been informed on numerous occasions on the proper manner of filing documents with the Court. In abundance of caution and in consideration of Plaintiff's *pro se* status, the Court hereby extends the deadline for Plaintiff to file an amended complaint to **July 6th, 2015**, through the Clerk of Court's office.

Plaintiff is **WARNED** that this is a final allowance and this matter will be dismissed if an amended complaint, in complete compliance with Federal Rule of Civil Procedure 8 and Local Rule 15.1, is not properly filed with the Court.  Plaintiff is further **WARNED** that any documents electronically mailed to Chamber's proposed document box are not considered filed and will be immediately discarded.

**IT IS SO ORDERED.**

**DATED:**  6/23/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**